**2014–0209.   Deutsche Bank Natl. Trust Co. v. Finney.**
Franklin App. Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta*, 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; cause consolidated with 2013–2011, *Deutsche Bank Natl. Trust Co. v. Finney*, 10th Dist. Franklin Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884; and briefing schedule stayed.
LANZINGER, J., determines that a conflict exists but would not hold this cause for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta.*

# APPEALS ACCEPTED FOR REVIEW

**2013–2011.   Deutsche Bank Natl. Trust Co. v. Finney.**
Franklin App. Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884. Discretionary appeal accepted. Sua sponte, cause held for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta*, 9th Dist. Medina No. 12CA0025–M, 2012-Ohio-5562; cause consolidated with 2014–0209, *Deutsche Bank Natl. Trust Co. v. Finney*, 10th Dist. Franklin Nos. 13AP–198 and 13AP–373, 2013-Ohio-4884; and briefing schedule stayed.
O'CONNOR, C.J., would accept the appeal on Proposition of Law No. III only and hold the cause for 2013–0304, *Bank of Am., N.A. v. Kuchta.*

1448

LANZINGER, J., accepts the appeal but would not hold this cause for the decision in 2013–0304, *Bank of Am., N.A. v. Kuchta.*